IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW HARRELL | CRIMINAL CASE NO.<br>1:17-CR-0386-01-SCJ |

## ORDER

This matter is before the Court for consideration of the Reports and Recommendations of Magistrate Judge Russell G. Vineyard [Doc. Nos. 89 and 100], to which no objections have been filed. After reviewing the Reports and Recommendations, the are received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's First Motion to Suppress Statements [Doc. No. 44], First Amended Motion to Suppress Statements [Doc. No. 53], Motion for a *Kastigar* Hearing, or in the alternative, to Dismiss the Indictment [Doc. No. 65], and Supplemental Motion for a *Kastigar* Hearing or to Dismiss the Indictment [Doc. No. 99] are hereby **DENIED**.

**IT IS SO ORDERED** this 26th day of December, 2018.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE